**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ron Oneida WHITEMAN, Defendant—Appellant.**

**No. 09–30123.**

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 29, 2010.

Lori Anne Harper Suek, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David Merchant, Assistant Federal Public Defender, Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Ron Oneida Whiteman appeals from the 293–month sentence imposed following his

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

guilty-plea conviction for aggravated sexual abuse, in violation of 18 U.S.C. §§ 1153(a) and 2241(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Whiteman contends that the district court erred by denying a sentencing reduction for acceptance of responsibility on the ground that, while awaiting sentencing, he committed a new, unrelated crime. This contention fails under *United States v. Mara*, 523 F.3d 1036, 1038–39 (9th Cir. 2008). Whiteman further contends that the resulting sentence is unreasonable. The record reflects that the district court did not procedurally err. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir.2008) (en banc). Additionally, in light of the totality of the circumstances, including the 18 U.S.C. § 3553(a) sentencing factors, the district court's sentence is substantively reasonable. *See id.*

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.